# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**United States of America, et al.,**                    **CASE NO:  2:26–CV–00847–DJC–SCR**

**vs.**                    **SUMMONS IN A CIVIL CASE**

**California Air Resources Board, et al.,**

TO:  *(Defendant's Name and Address)*

   **California Air Resources Board, Steven S. Cliff**

**YOU ARE HEREBY SUMMONED**.

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff at the address below an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure and file the answer or motion with the Clerk of Court.

   **Steven Shermer**
   **DOJ–Enrd, Environmental Enforcement Section**
   **150 M Street, N.E. 4–Con, Suite 5.131**
   **Washington, DC 20002**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

**KEITH HOLLAND**

CLERK

**/s/  A. Woodson**

(By) DEPUTY CLERK



**ISSUED ON 2026–03–12 08:42:55**
**CLERK, USDC EDCA**

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26 CV 00847 DJC SCR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* California Air Resources Board was received by me on *(date)* 3/17/26.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chyrisse Pineda , who is designated by law to accept service of process on behalf of *(name of organization)* California Air Resources Board on *(date)* Tue, Mar 24 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 03/27/2026

_Shawn SARDIA_
_____
Server's signature

Shawn F. Sardia 2008-05
_____
Printed name and title

5407 Palm Avenue, Sacramento, CA 95841
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 24, 2026, 10:03 am PDT at 1001 I St, Sacramento, CA 95814 received by Chyrisse Pineda . ██████
██████████████████████████████████████████████████████████  Other: Legal department ;