ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General
JUSTIN D. HEMINGER
Acting Deputy Assistant Attorney General
JOHN K. ADAMS
Chief of Staff & Senior Counsel
STEVEN D. SHERMER
Designated Counsel for Service
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Ave., NW
Washington, DC  20530
(202) 532-5045
Steven.Shermer@usdoj.gov

ERIC GRANT
United States Attorney
Eastern District of California

*Counsel for Plaintiffs*

GREGORY ZERZAN
General Counsel
GREGORY COTE
Principal Deputy General Counsel

CHARLES E. ENLOE
Assistant General Counsel
ERIN D. HENDRIXSON
Acting Deputy Asst. General Counsel
U.S. Department of Transportation

PETER SIMSHAUSER
*Chief Counsel*
DYLAN J. VONEIFF
*Trial Attorney*
National Highway Traffic Safety Administration

*Of Counsel*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, <br><br> Defendants. | Civil Action No. 2:26-00847−DJC−SCR <br><br> Judge Calabretta <br><br> Magistrate Judge Riordan <br><br> Plaintiffs' Certificate of Service of Initial Case Management Order and Standing Order in Civil Cases |

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, a true and correct copy of the Initial Case Management Order (Dkt. No. 2) and Judge Calabretta's Standing Order in Civil Cases

(Dkt. No. 2-1) were served on the Defendants.  *See* Initial Case Management Order ¶ 2; Judge Calabretta's Standing Order in Civil Cases § VI.

**Dated**: **April 7, 2026**                    Respectfully submitted,

                                               ADAM R.F. GUSTAFSON
                                               Principal Deputy Assistant Attorney General
                                               ROBERT N. STANDER
                                               Deputy Assistant Attorney General
                                               JUSTIN D. HEMINGER
                                               Acting Deputy Assistant Attorney General
                                               JOHN K. ADAMS
                                               Chief of Staff & Senior Counsel


                                                /s/ Steven Shermer
Designated Counsel for Service:  STEVEN D. SHERMER
                                               Senior Attorney
                                               District of Columbia Bar No. 486394
                                               Environmental Enforcement Section
                                               Environment and Natural Resources Division
                                               United States Department of Justice
                                               P.O. Box 7611
                                               Washington, DC  20044-7611
                                               (202) 532-5045
                                               Steven.Shermer@usdoj.gov

                                               ERIC GRANT
                                               United States Attorney
                                               Eastern District of California

                                               *Attorneys for the Plaintiffs*

OF COUNSEL:

GREGORY ZERZAN
General Counsel
GREGORY COTE
Principal Deputy General Counsel
CHARLES E. ENLOE
Assistant General Counsel
ERIN D. HENDRIXSON
Acting Deputy Assistant General Counsel

PETER SIMSHAUSER
Chief Counsel
DYLAN J. VONEIFF
Trial Attorney
National Highway Traffic Safety Administration

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 7, 2026, a true and correct copy of the foregoing Certificate of Service was filed with the U.S. District Court for the Eastern District of California using the Court's CM/ECF system.  Notice of this Electronic Filing will be sent to all parties by operation of the Court's Electronic Filing System.

s/Steven Shermer
Steven D. Shermer

Pls.' Cert. of Service of Judge's
Procedures and Initial Case Order