ROB BONTA, State Bar No. 202668
Attorney General of California
M. ELAINE MECKENSTOCK, State Bar No. 268861
Acting Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
SARAH M. PFANDER, State Bar No. 347902
CAITLAN MCLOON, State Bar No. 302798
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone:  (213) 269-6438
Fax:  (916) 731-2128
E-mail:  Caitlan.Mcloon@doj.ca.gov
*Attorneys for Defendants California Air
Resources Board and Steven S. Cliff, in his
capacity as the Executive Officer of the
California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

<table>
<tr><td>

**UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,**

Plaintiffs,

v.

**CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,**

Defendants.

</td><td>

2:26-cv-00847-DJC-SCR

**STIPULATED EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT**

*Pursuant to Local Rule 144, subd. (a)*

Judge:          Hon. Daniel J. Calabretta

Trial Date:      TBD
Action Filed:   March 12, 2026

</td></tr>
</table>

1

**JOINT STIPULATION**

Plaintiff United States of America and United States Department of Transportation ("United States") and Defendants California Air Resources Board (CARB) and Steven S. Cliff, in his official capacity as the Executive Officer of CARB (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 12, 2026, the United States filed its Complaint against Defendants, Dkt. 1;

WHEREAS, on March 24, 2026, Plaintiffs served the Complaint in this action on Defendants, Dkt. 7, 8;

WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants' deadline to respond to the Complaint is currently April 14, 2026;

WHEREAS, in light of conflicting deadlines in other matters, on March 24, 2026, Defendants sought an extension from the United States under Local Rule 144, subdivision (a);

WHEREAS, the parties subsequently met and conferred regarding the pleadings, and seek to continue to meet and confer prior to the filing of any responsive pleading;

WHEREAS, Defendants' response deadline was not set by order of the Court and no previous extension has been stipulated to in this case;

THEREFORE, all parties to this action, pursuant to Local Rule 144, subdivision (a), hereby stipulate to extend the time for Defendants to respond to the United States' Complaint by 14 days, up to and including April 28, 2026.

*///*

*///*

*///*

*///*

*///*

*///*

**IT IS SO STIPULATED.**

Dated:  April 9, 2026                    Respectfully submitted,

ROB BONTA
Attorney General of California
M. ELAINE MECKENSTOCK
Acting Superv. Deputy Attorney
General

*/s/ Caitlan McLoon*

CAITLAN MCLOON
Deputy Attorney General
*Attorney for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

Dated:  April 9, 2026                    Respectfully submitted,

*/s/ Steven D. Shermer*
*(as authorized on 4/9/26)*

STEVEN D. SHERMER
*Attorney for Plaintiffs United States of America and United States Department of Transportation*

LA2026400455
68376779

STIPULATED EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT (2:26-cv-00847-DJC-SCR)

## CERTIFICATE OF SERVICE

Case Name:   **United States of America, et al. v. California Air Resources Board, et al.**

Case No.:   **2:26-cv-00847-DJC-SCR**

I hereby certify that on <u>April 9, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### STIPULATED EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 9, 2026</u>, at Los Angeles, California.

|  |  |
| :---: | :---: |
| Beatriz Davalos | */s/ Beatriz Davalos* |
| Declarant | Signature |

LA2026400455
68345863