ROB BONTA
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
SARAH M. PFANDER, State Bar No. 347902
CAITLAN MCLOON, State Bar No. 302798
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone:  (213) 269-6438
Fax:  (916) 731-2128
E-mail:  Caitlan.Mcloon@doj.ca.gov
*Attorneys for Defendants California Air
Resources Board and Steven S. Cliff, in his
capacity as the Executive Officer of the
California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>Defendants. | 2:26-cv-00847-DJC-SCR<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT AND TIME FOR PARTIES TO CONFER UNDER RULE 26(f)**<br><br>Judge:        Hon. Daniel J. Calabretta<br><br>Trial Date:    TBD<br>Action Filed: March 12, 2026 |

1

**JOINT STIPULATION**

Plaintiffs United States of America and United States Department of Transportation ("United States") and Defendants California Air Resources Board and Steven S. Cliff, in his official capacity as the Executive Officer of CARB ("Defendants") (collectively, "parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 12, 2026, the United States filed its Complaint against Defendants, Dkt. 1;

WHEREAS, on March 24, 2026, the United States served the Complaint in this action on Defendants, Dkt. 7, 8;

WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants' deadline to respond to the Complaint was initially April 14, 2026;

WHEREAS, on April 9, 2026, the parties filed a stipulation pursuant to Local Rule 144, subdivision (a), automatically extending the time for Defendants to respond to the United States' Complaint by 14 days, up to and including April 28, 2026;

WHEREAS, the parties continue to meet and confer regarding the pleadings, and seek to further extend Defendants' deadline to respond to the complaint by a period of 28 days to allow for these efforts to continue;

WHEREAS, good cause exists to extend Defendants' response deadline, to provide additional time for the parties to meet and confer in an effort to avoid bringing pleading issues before this Court unnecessarily;

WHEREAS, under Federal Rule of Civil Procedure 26(f)(1), the Rule 26(f) conference is to be held at least 21 days before the Rule 16(b) scheduling order is to be issued; by operation of Federal Rule of Civil Procedure 16(b), the Rule 16(b) scheduling order is due 60 days from the date of Defendants' first appearance;

WHEREAS, under this Court's standing order, Dkt. 2 ¶ 6, the parties are to confer and submit a joint status report to the Court as required by Federal Rule of Civil Procedure 26(f) within sixty days of service of the complaint;

WHEREAS, at the Rule 26(f) conference, the parties are directed, *inter alia*, to "consider the nature and basis of their claims and defenses" and "develop a proposed discovery plan," Fed. R. Civ. P. 26(f)(2);

WHEREAS, the parties believe that it would be more efficient for the parties to confer under Fed. R. Civ. P. 26(f) after the timelines for pleadings are settled and any motion to dismiss is resolved;

WHEREAS, no previous extensions of the deadline to hold the Rule 26(f) conference and submit the corresponding report have been sought;

THEREFORE, all parties to this action hereby stipulate as follows:

(1) To extend the time for Defendants to respond to the United States' Complaint by 28 days, up to and including May 26, 2026; and

(2) To extend the deadline to hold the Rule 26(f) conference until 30 days after Defendants answer the complaint, and after resolution of any motion to dismiss, if one is brought.

IT IS SO STIPULATED.

Dated:  April 22, 2026                                  Respectfully submitted,

ROB BONTA
Attorney General of California
Myung J. Park
Supervising Deputy Attorney General


 /s/ Caitlan McLoon
CAITLAN MCLOON
Deputy Attorney General
*Attorney for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

3

Stipulated Extension of Deadline to Respond to Complaint; Order (2:26-cv-00847-DJC-SCR)

Dated:  April 22, 2026                          Respectfully submitted,


                                                /s/ Steven D. Shermer (as authorized on 4/22/26)
                                                STEVEN D. SHERMER
                                                *Attorney for Plaintiffs United States of America and United States Department of Transportation*

4

**ORDER**

Based on the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

1.    Defendants' deadline to respond to the complaint is continued by 28 days, up to and including May 26, 2026;

2.    The time for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f), and file a report in conjunction therewith, is hereby extended until 30 days after Defendants answer the complaint, following resolution of any motion to dismiss, if one is brought.

**IT IS SO ORDERED.**

Dated:  April 22, 2026

Hon. Daniel J. Calabretta United States District Judge
Eastern District of California

5

Stipulated Extension of Deadline to Respond to Complaint; Order (2:26-cv-00847-DJC-SCR)