ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
CAITLAN MCLOON, State Bar No. 302798
BENJAMIN P. LEMPERT, STATE BAR NO. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
SARAH M. PFANDER, State Bar No. 347902
Deputy Attorneys General
 300 S. Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6438
 E-mail: Caitlan.mcloon@doj.ca.gov
*Attorneys for Defendants California Air
Resources Board and Steven S. Cliff, in his
capacity as the Executive Officer of the
California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,**<br><br>Defendants. | 2:26-cv-00847-DJC-SCR<br><br>**STIPULATED BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS; ORDER**<br><br>Judge:       Hon. Daniel J. Calabretta<br>Trial Date:   TBD<br>Action Filed: March 12, 2026 |

1

**JOINT STIPULATION**

Plaintiffs United States of America and United States Department of Transportation ("United States") and Defendants California Air Resources Board and Steven S. Cliff, in his official capacity as the Executive Officer of CARB ("Defendants") (collectively, "parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 12, 2026, the United States filed its Complaint against Defendants, Dkt. 1;

WHEREAS, on March 24, 2026, the United States served the Complaint in this action on Defendants, Dkt. 7, 8;

WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants' deadline to respond to the Complaint was initially April 14, 2026;

WHEREAS, on April 9, 2026, the parties filed a stipulation pursuant to Local Rule 144(a), automatically extending the time for Defendants to respond to the United States' complaint by 14 days, up to and including April 28, 2026, Dkt. 10;

WHEREAS, on April 22, 2026, upon stipulation of the parties, this Court extended the time for Defendants to respond to the complaint by 28 days, up to and including May 26, 2026, and extended the deadline for the parties to confer under Rule 26(f) until 30 days after Defendants answer the complaint, Dkt. 11;

WHEREAS, Defendants intend to file a motion to dismiss on May 26, 2026; and

WHEREAS, the parties met and conferred about the briefing schedule for Defendants' motion to dismiss, taking into consideration counsels' case load and briefing schedules in other matters;

///

///

///

///

2

THEREFORE, all parties to this action hereby stipulate as follows:

(1) Defendants' motion to dismiss remains due May 26, 2026,

(2) United States' opposition to the motion to dismiss is due June 26, 2026, and

(3) Defendants' reply in support of their motion to dismiss is due July 31, 2026.

**IT IS SO STIPULATED.**

Dated:  May 22, 2026

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

 */s/ Caitlan McLoon*

CAITLAN MCLOON
Deputy Attorney General
*Attorney for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

Dated:  May 22, 2026

 */s/ Steven D. Shermer*
*(as authorized on May 22, 2026)*

STEVEN D. SHERMER
*Attorney for Plaintiffs United States of America and United States Department of Transportation*

3

**ORDER**

Based on the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

(1) Defendants' motion to dismiss remains due May 26, 2026,

(2) United States' opposition to the motion to dismiss is due June 26, 2026, and

(3) Defendants' reply in support of their motion to dismiss is due July 31, 2026.

(4) Defendants shall notice their motion for hearing on August 27, 2026, at 1:30 PM, in Courtroom 7 before District Judge Daniel J. Calabretta.

**IT IS SO ORDERED.**

Dated:  May 22, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE