Justin A. Savage (pro hac vice forthcoming)
Daniel J. Feith (pro hac vice forthcoming)
jsavage@sidley.com
dfeith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Maureen Gorsen (SBN 170158)
Brooklyn Hildebrandt (SBN 350707)
mgorsen@sidley.com
bhildebrandt@sidley.com
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*Attorneys for American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, <br><br> Defendants. | Case No. 2:26-cv-00847-DJC-SCR <br><br> **NOTICE OF MOTION AND MOTION TO INTERVENE AS PLAINTIFFS BY AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, NATIONAL ASSOCIATION OF CONVENIENCE STORES, AND ENERGY MARKETERS OF AMERICA** <br><br> Assigned to Hon. Daniel J. Calabretta <br><br> Date:   August 13, 2026 <br> Time: 1:30 p.m. <br> Location: Robert T. Matsui United States Courthouse, Courtroom 7 <br> Action Filed:   March 12, 2026 |

NOTICE OF MOTION AND MOTION TO INTERVENE

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 13, 2026, at 1:30 PM, or as soon as the matter may be heard, before the Honorable Daniel J. Calabretta of the United States District Court for the Eastern District of California in the Robert T. Matsui United States Courthouse, in Courtroom 7, Proposed Plaintiff-Intervenors American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Markets of America will and do move this Court for an order granting it leave to intervene in this action as plaintiffs.

**MOTION TO INTERVENE**

American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Markets of America (collectively, the "Plaintiff-Intervenors") hereby move to intervene in this action as plaintiffs pursuant to Federal Rule of Civil Procedure 24 as of right and, in the alternative, pursuant to this Court's discretion to permit parties to intervene. Plaintiff-Intervenors satisfy the standard for intervention as of right under Rule 24(a) and permissive intervention under Rule 24(b), as shown in the accompanying memorandum of law and attached declarations (Exhibit 1), and proposed Complaint in Intervention (Exhibit 2). This motion is made following the May 22, 2026 conference of counsel pursuant to Judge Daniel J. Calabretta (DJC) Civil Standing Order (July 18, 2024). Upon conferring, counsel for the Plaintiffs confirmed that the Plaintiffs take no position on the motion; and counsel for the Defendants confirmed that the Defendants take no position at this time but reserve the right to oppose or otherwise respond to the motion.

For the reasons stated above, and in the accompanying memorandum and proposed Complaint in Intervention, the motion to intervene should be granted.

DATED: May 26, 2026

Respectfully Submitted

By: */s/ Maureen Gorsen*

Justin A. Savage (pro hac vice forthcoming)
Daniel J. Feith (pro hac vice forthcoming)
jsavage@sidley.com
dfeith@sidley.com

1
NOTICE OF MOTION AND MOTION TO INTERVENE

SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Maureen Gorsen (SBN 170158)
Brooklyn Hildebrandt (SBN 350707)
mgorsen@sidley.com
bhildebrandt@sidley.com
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

2

NOTICE OF MOTION AND MOTION TO INTERVENE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May, 2026, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

_/s/ Maureen Gorsen_

NOTICE OF MOTION AND MOTION TO INTERVENE