

# United States District Court
# Eastern District of California

| | |
|---|---|
| United States of America, et al. | Case Number: 2:26-cv-00847-DJC-SCR |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| California Air Resources Board, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Justin Savage _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

American Fuel & Petrochemical Manufacturers

On _____02/04/2000_____ (date), I was admitted to practice and presently in good standing in the

_____District of Columbia_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____05/26/2026_____     Signature of Applicant: /s/ ____Justin Savage____

**Pro Hac Vice Attorney**

Applicant's Name: Justin Savage

Law Firm Name: Sidley Austin LLP

Address: 1501 K Street, N.W.

City: Washington     State: DC     Zip: 20005

Phone Number w/Area Code: (202) 736-8000

City and State of Residence: Virginia Beach, Virginia

Primary E-mail Address: jsavage@sidley.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brooklyn Hildebrandt

Law Firm Name: Sidley Austin LLP

Address: 350 S. Grand Avenue

City: Los Angeles     State: CA     Zip: 90071

Phone Number w/Area Code: (213) 896-6000     Bar # 350707

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 27, 2026

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE