ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
CAITLAN MCLOON, State Bar No. 302798
BENJAMIN P. LEMPERT, STATE BAR NO. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
SARAH M. PFANDER, State Bar No. 347902
Deputy Attorneys General
  300 S. Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6438
  E-mail:  Caitlan.mcloon@doj.ca.gov
*Attorneys for Defendants California Air
Resources Board and Steven S. Cliff, in his
capacity as the Executive Officer of the
California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,** | 2:26-cv-00847-DJC-SCR |
| Plaintiffs, | **STIPULATED BRIEFING SCHEDULE RE: AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, ET AL.'S MOTION TO INTERVENE; ORDER** |
| v. | |
| **CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,** | Judge:      Hon. Daniel J. Calabretta |
| Defendants. | Trial Date:    TBD<br>Action Filed: March 12, 2026 |

1

# JOINT STIPULATION

Plaintiffs United States of America and United States Department of Transportation ("United States"), Defendants California Air Resources Board ("CARB") and Steven S. Cliff, in his official capacity as the Executive Officer of CARB ("Defendants") (collectively, "parties"), and Movant-Intervenors American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America ("Movant-Intervenors"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 12, 2026, the United States filed its Complaint against Defendants, Dkt. 1;

WHEREAS, on March 24, 2026, the United States served the Complaint in this action on Defendants, Dkt. 7, 8;

WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants' deadline to respond to the Complaint was initially April 14, 2026;

WHEREAS, the parties stipulated to several extensions of Defendants' response deadline to allow for meet and confer efforts, *see* Dkt. 10, 11;

WHEREAS, on May 26, 2026, upon stipulation of the parties, this Court entered a briefing schedule on Defendants' motion to dismiss as follows: Defendants' motion to dismiss was due May 26, 2026; the United States' opposition to the motion to dismiss is due June 26, 2026; Defendants' reply in support of their motion to dismiss is due July 31, 2026; and the motion to dismiss shall be noticed for hearing on August 27, 2026 at 1:30 p.m., in Courtroom 7 before District Judge Daniel J. Calabretta;

WHEREAS, Defendants filed their motion to dismiss on May 26, 2026, noticed for hearing on August 27, 2026, at 1:30 p.m., Dkt. 15;

WHEREAS, also on May 26, 2026, Movant-Intervenors filed a motion to intervene, noticed for hearing on August 13, 2026, at 1:30 p.m., Dkt. 16;

WHEREAS, Defendants have reviewed Movant-Intervenors' motion to intervene and intend to oppose intervention;

2

WHEREAS, the parties and Movant-Intervenors met and conferred about the briefing schedule for Movant-Intervenors' motion to intervene and agreed to align the briefing schedule and hearing date for the motion to intervene with the schedule already in place for Defendants' motion to dismiss to promote judicial efficiency and avoid conflict with at least one counsel's preplanned vacation.

THEREFORE, all parties to this action and Movant-Intervenors hereby stipulate as follows:

(1)  Any opposition to Movant-Intervenors' motion to intervene will be due June 26, 2026;

(2)  Movant-Intervenors' reply in support of their motion to intervene will be due July 31, 2026; and

(3)  The hearing on Movant-Intervenors' motion to intervene be continued from August 13, 2026, at 1:30 p.m., to August 27, 2026, at 1:30 p.m., in Courtroom 7 before District Judge Daniel J. Calabretta.

IT IS SO STIPULATED.


Dated:  June 2, 2026

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General


 /s/ Caitlan McLoon
CAITLAN MCLOON
Deputy Attorney General
*Attorney for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

Stipulated Briefing Schedule re: AFPM et al.'s Motion to Intervene; Order
(2:26-cv-00847-DJC-SCR)

Dated:  June 2, 2026                                      /s/ Steven D. Shermer
                                                     (as authorized on 6/2/2026)
                                                     STEVEN D. SHERMER
                                                     *Attorney for Plaintiffs United States of America and United States Department of Transportation*


Dated:  June 2, 2026                                      /s/ Brooklyn Hildebrandt
                                                     (as authorized on 6/2/2026)
                                                     BROOKLYN HILDEBRANDT
                                                     *Attorney for American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America*

4

**ORDER**

Based on the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

(1)    Any opposition to Movant-Intervenors' motion to intervene is due June 26, 2026;

(2)    Movant-Intervenors' reply in support of their motion to intervene is due July 31, 2026; and

(3) The hearing on Movant-Intervenors' motion to intervene is continued from August 13, 2026, at 1:30 p.m., to August 27, 2026, at 1:30 p.m., in Courtroom 7 before District Judge Daniel J. Calabretta.

**IT IS SO ORDERED.**

Dated:  June 2, 2026             /s/ Daniel J. Calabretta
                                 _____
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE