ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
CAITLAN MCLOON, State Bar No. 302798
BENJAMIN P. LEMPERT, STATE BAR NO. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
SARAH M. PFANDER, State Bar No. 347902
Deputy Attorneys General
   300 S. Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 269-6438
   E-mail: Caitlan.mcloon@doj.ca.gov
*Attorneys for Defendants California Air
Resources Board and Steven S. Cliff, in his
capacity as the Executive Officer of the
California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,**<br><br>Defendants. | 2:26-cv-00847-DJC-SCR<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE AMENDED COMPLAINT; ORDER**<br><br>Judge:       Hon. Daniel J. Calabretta<br><br>Trial Date:   TBD<br>Action Filed: March 12, 2026 |

1

**JOINT STIPULATION**

Plaintiffs United States of America and United States Department of Transportation (United States) and defendants California Air Resources Board and its Executive Director (CARB), collectively referred to herein as the Parties, by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 12, 2026, the United States filed its Complaint against Defendants, Dkt. 1;

WHEREAS, on March 24, 2026, the United States served the Complaint in this action on Defendants, Dkt. 7, 8;

WHEREAS, pursuant to a stipulated briefing schedule and Court order, Dkt. 14, CARB filed its motion to dismiss the complaint on May 26, 2026, Dkt. 15;

WHEREAS, on June 16, 2026, the United States filed an amended complaint, Dkt. 27;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), and this Court's June 29, 2026 Minute Order, Dkt. 29, CARB's deadline to respond to the amended complaint is June 30, 2026;

WHEREAS, CARB requested a one-week extension to respond to the amended complaint, due to its lead litigation counsel needing time to address and recover from an unexpected and serious medical issue.

THEREFORE, all parties to this action hereby stipulate that:

The deadline for Defendants California Air Resources Board and its Executive Director (CARB) to respond to Plaintiffs' First Amended Complaint is extended by one week, from June 30, 2026, to July 7, 2026.

IT IS SO STIPULATED.

Dated:  June 23, 2026

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General


 /s/ Caitlan McLoon
CAITLAN MCLOON
Deputy Attorney General
*Attorney for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

Dated:  June 23, 2026

 /s/ Steven D. Shermer
(as authorized on 6/23/2026)
STEVEN D. SHERMER
*Attorney for Plaintiffs United States of America and United States Department of Transportation*

## ORDER

Based on the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

The deadline for Defendants California Air Resources Board and its Executive Director (CARB) to respond to Plaintiffs' First Amended Complaint is extended by one week, from June 30, 2026, to July 7, 2026.

**IT IS SO ORDERED.**

Dated:  June 23, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE