# Exhibit C

Exhibit C to Defendants' Request for Judicial Notice

1

## Annual ZEV Credits Disclosure Dashboard

Status of Manufacturer Compliance with the Zero-emission Vehicle Regulation

We welcome your feedback! Please help us by filling out this survey.

This dashboard illustrates the status of each manufacturer's compliance with the Zero-emission Vehicle (ZEV) Regulation (Cal. Code Regs., tit. 13, § 1962.2). Manufacturers generate credits by selling zero-emission vehicles (ZEV), and each manufacturer has a unique credit obligation based on their California sales and the ZEV percentage requirement in the regulation. As of model year 2023, all manufacturers, individually and collectively, remain in compliance with the ZEV regulation. Statistics and data displayed on this dashboard pertains to compliance with the California ZEV regulation and is required to be reported annually at the conclusion of a model year. For current California ZEV market information, please visit the California Energy Commission's (CEC) site.

Visit the ZEV Credit Balance archives for model years prior to 2020. Questions can be sent to CleanCars@arb.ca.gov. For assistance with web accessibility, please email webaccessibility@arb.ca.gov. If viewing is restricted, try zooming out your browser.

| Trends | Requirements | Vehicles Delivered | Transfers | Balances | Data | Definitions |
|---|---|---|---|---|---|---|

| Model Year | Cumulative ZEV Regulation Sales | Model Year ZEV Regulation Sales | Overall Compliance Rate for Model Year |
|---|---|---|---|
| 2024 | 2,078,709 | 398,485 | 100% |

Manufacturers continue to over-comply with the ZEV Regulation and the extent of that over-compliance continues to grow as the technology matures and supportive ZEV policies in California expand. Shown below are the increasing ending year credit balances (purple diamonds) and the increasing annual requirements for manufacturers (red bars) from model years 2014-2024.

**Ending Year ZEV Regulation Credit Balances vs. Annual ZEV Requirement**



**Manufacturers Subject to the ZEV Regulation**

Since 2014, 27 manufacturers have generated credits under the ZEV Regulation, including 11 large volume, 6 intermediate volume, and 10 small volume manufacturers.

In model year 2024 reporting, 18 manufacturers produced ZEVs that were delivered for sale in California.

**ZEV Regulation Credit-Earning Sales by Technology**

The chart below depicts new vehicle sales that earn credits or values under the ZEV regulation and are reported by model year. The historical annual sales from 2014 through 2024 model year are further broken down by vehicle technology type for each model year. For example, BEVs accounted for over 80% of all sales earning ZEV credits in model year 2024.

**Historical Annual ZEV Credit-Earning Sales from Model Years 2014-2024**

Copyright © 2026 State of California

Exhibit C to Defendants' Request for Judicial Notice
2