# Exhibit D

## Balances

| Manufacturer (.. | Category | ZEV | BEVx | PHEV | NEV+ | Discount |
|---|---|---|---|---|---|---|
| BMW | Beginning Balan.. | 63,759 | 21,016 | 5,729 | 0 | 0 |
| | Credits | 47,616 | 0 | 3,042 | 0 | 0 |
| | Total Credits Av.. | 111,375 | 21,016 | 8,771 | 0 | 0 |
| | Requirement | 8,837 | 0 | 3,472 | 0 | 0 |
| | Credits Used | 4,418 | 4,418 | 3,472 | 0 | 0 |
| | Ending Balance | 106,957 | 16,598 | 5,299 | 0 | 0 |
| Fiat Chrysler (Stellantis) | Beginning Balan.. | 30,085 | 0 | 895 | 0 | 0 |
| | Credits | 27,309 | 0 | 7,062 | 0 | 0 |
| | Total Credits Av.. | 57,394 | 0 | 7,957 | 0 | 0 |
| | Requirement | 16,038 | 0 | 6,300 | 0 | 0 |
| | Credits Used | 16,038 | 0 | 6,300 | 0 | 0 |
| | Ending Balance | 41,356 | 0 | 1,656 | 0 | 0 |
| Ford | Beginning Balan.. | 156,944 | 0 | 57,889 | 1,337 | 1,618 |
| | Credits | 44,251 | 0 | 1,084 | 0 | 0 |
| | Total Credits Av.. | 201,195 | 0 | 58,973 | 1,337 | 1,618 |
| | Requirement | 17,154 | 0 | 6,739 | 0 | 0 |
| | Credits Used | 17,154 | 0 | 5,054 | 1,337 | 348 |
| | Ending Balance | 184,041 | 0 | 53,919 | 0 | 1,270 |
| GM | Beginning Balan.. | 262,020 | 0 | 98,927 | 0 | 0 |
| | Credits | 91,144 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 353,164 | 0 | 98,927 | 0 | 0 |
| | Requirement | 21,606 | 0 | 8,488 | 0 | 0 |
| | Credits Used | 21,606 | 0 | 8,488 | 0 | 0 |
| | Ending Balance | 331,558 | 0 | 90,439 | 0 | 0 |
| Honda | Beginning Balan.. | 2,174 | 0 | 0 | 808 | 0 |
| | Credits | 67,880 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 70,054 | 0 | 0 | 808 | 0 |
| | Requirement | 25,743 | 0 | 10,113 | 0 | 0 |
| | Credits Used | 35,856 | 0 | 0 | 0 | 0 |
| | Ending Balance | 34,198 | 0 | 0 | 808 | 0 |
| Hyundai | Beginning Balan.. | 121,677 | 0 | 1,999 | 0 | 0 |
| | Credits | 66,587 | 0 | 1,790 | 0 | 0 |
| | Total Credits Av.. | 188,264 | 0 | 3,788 | 0 | 0 |
| | Requirement | 9,305 | 0 | 3,656 | 0 | 0 |
| | Credits Used | 9,305 | 0 | 3,656 | 0 | 0 |
| | Ending Balance | 178,959 | 0 | 133 | 0 | 0 |
| Jaguar Land Rover | Beginning Balan.. | 3,604 | 0 | 0 | 0 | 0 |
| | Credits | 9,019 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 12,624 | 0 | 0 | 0 | 0 |
| | Requirement | 0 | 0 | 3,200 | 0 | 0 |
| | Credits Used | 3,200 | 0 | 0 | 0 | 0 |
| | Ending Balance | 9,424 | 0 | 0 | 0 | 0 |
| KIA | Beginning Balan.. | 59,135 | 0 | 1,974 | 0 | 2,146 |
| | Credits | 56,484 | 0 | 2,330 | 0 | 0 |
| | Total Credits Av.. | 115,619 | 0 | 4,303 | 0 | 2,146 |

Exhibit D to Defendants' Request for Judicial Notice

## Balances

| Manufacturer (.. | Category | ZEV | BEVx | PHEV | NEV+ | Discount |
|---|---|---|---|---|---|---|
| KIA | Requirement | 9,523 | 0 | 3,741 | 0 | 0 |
| | Credits Used | 9,523 | 0 | 2,806 | 0 | 935 |
| | Ending Balance | 106,096 | 0 | 1,497 | 0 | 1,211 |
| Mazda | Beginning Balan.. | 31,611 | 0 | 0 | 0 | 0 |
| | Credits | 3,440 | 0 | 3,256 | 0 | 0 |
| | Total Credits Av.. | 35,051 | 0 | 3,256 | 0 | 0 |
| | Requirement | 0 | 0 | 7,191 | 0 | 0 |
| | Credits Used | 3,935 | 0 | 3,256 | 0 | 0 |
| | Ending Balance | 31,116 | 0 | 0 | 0 | 0 |
| Mercedes-Benz | Beginning Balan.. | 88,087 | 0 | 116 | 0 | 0 |
| | Credits | 56,905 | 0 | 1,668 | 0 | 0 |
| | Total Credits Av.. | 144,992 | 0 | 1,785 | 0 | 0 |
| | Requirement | 9,425 | 0 | 3,703 | 0 | 0 |
| | Credits Used | 13,012 | 0 | 116 | 0 | 0 |
| | Ending Balance | 131,981 | 0 | 1,668 | 0 | 0 |
| Mitsubishi | Beginning Balan.. | 4,739 | 0 | 634 | 0 | 0 |
| | Credits | 0 | 0 | 814 | 0 | 0 |
| | Total Credits Av.. | 4,739 | 0 | 1,448 | 0 | 0 |
| | Requirement | 0 | 0 | 1,047 | 0 | 0 |
| | Credits Used | 0 | 0 | 0 | 0 | 0 |
| | Ending Balance | 4,689 | 0 | 1,581 | 0 | 0 |
| Nissan | Beginning Balan.. | 53,633 | 0 | 0 | 0 | 0 |
| | Credits | 17,492 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 71,125 | 0 | 0 | 0 | 0 |
| | Requirement | 11,326 | 0 | 4,450 | 0 | 0 |
| | Credits Used | 15,776 | 0 | 0 | 0 | 0 |
| | Ending Balance | 55,350 | 0 | 0 | 0 | 0 |
| Subaru | Beginning Balan.. | 29,455 | 0 | 0 | 0 | 0 |
| | Credits | 7,676 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 37,131 | 0 | 0 | 0 | 0 |
| | Requirement | 0 | 0 | 12,448 | 0 | 0 |
| | Credits Used | 12,448 | 0 | 0 | 0 | 0 |
| | Ending Balance | 24,683 | 0 | 0 | 0 | 0 |
| Tesla | Beginning Balan.. | 2,823,218 | 0 | 0 | 0 | 0 |
| | Credits | 118,588 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 2,941,806 | 0 | 0 | 0 | 0 |
| | Requirement | 0 | 0 | 20,737 | 0 | 0 |
| | Credits Used | 20,737 | 0 | 0 | 0 | 0 |
| | Ending Balance | 2,921,070 | 0 | 0 | 0 | 0 |
| Toyota | Beginning Balan.. | 144,560 | 0 | 38,712 | 0 | 27,629 |
| | Credits | 36,053 | 0 | 24,106 | 0 | 0 |
| | Total Credits Av.. | 180,612 | 0 | 62,819 | 0 | 27,629 |
| | Requirement | 46,605 | 0 | 18,309 | 0 | 0 |
| | Credits Used | 46,605 | 0 | 13,732 | 0 | 4,577 |
| | Ending Balance | 134,007 | 0 | 49,087 | 0 | 23,051 |

## Balances

| Manufacturer (.. | Category | ZEV | BEVx | PHEV | NEV+ | Discount |
|---|---|---|---|---|---|---|
| Volkswagen | Beginning Balan.. | 193,567 | 0 | 802 | 0 | 0 |
| | Credits | 67,696 | 0 | 2,514 | 0 | 0 |
| | Total Credits Av.. | 261,262 | 0 | 3,316 | 0 | 0 |
| | Requirement | 11,431 | 0 | 4,491 | 0 | 0 |
| | Credits Used | 15,120 | 0 | 802 | 0 | 0 |
| | Ending Balance | 246,143 | 0 | 2,514 | 0 | 0 |
| Volvo | Beginning Balan.. | 50,321 | 0 | 8,293 | 0 | 0 |
| | Credits | 14,020 | 0 | 5,035 | 0 | 0 |
| | Total Credits Av.. | 64,341 | 0 | 13,328 | 0 | 0 |
| | Requirement | 0 | 0 | 2,635 | 0 | 0 |
| | Credits Used | 2,635 | 0 | 0 | 0 | 0 |
| | Ending Balance | 64,341 | 0 | 10,693 | 0 | 0 |