ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, STATE BAR NO. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
SARAH M. PFANDER, State Bar No. 347902
MARGARET V. TIDES, State Bar No. 311177
CAITLAN MCLOON, State Bar No. 302798
Deputy Attorneys General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6438
E-mail: Caitlan.mcloon@doj.ca.gov
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,**<br><br>Defendants. | 2:26-cv-00847-DJC-SCR<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOVANT-INTERVENORS' MOTION TO INTERVENE; ORDER**<br><br>Judge: Hon. Daniel J. Calabretta<br>Trial Date: TBD<br><br>Action Filed: March 12, 2026 |

**JOINT STIPULATION**

Plaintiffs United States of America and United States Department of Transportation ("United States"), Defendants California Air Resources Board ("CARB") and Steven S. Cliff, in his official capacity as the Executive Officer of CARB ("Defendants") (collectively, "parties"), and Movant-Intervenors American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America ("Movant-Intervenors"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 12, 2026, the United States filed its Complaint against Defendants, Dkt. 1;

WHEREAS, on March 24, 2026, the United States served the Complaint in this action on Defendants, Dkt. 7, 8;

WHEREAS, upon stipulation of the parties, this Court entered a briefing schedule on Defendants' motion to dismiss as follows: Defendants' motion to dismiss was due May 26, 2026; the United States' opposition to the motion to dismiss would be due June 26, 2026; Defendants' reply in support of their motion to dismiss would be due July 31, 2026; and the motion to dismiss shall be noticed for hearing on August 27, 2026, *see* Dkt. 14;

WHEREAS, pursuant to this order, CARB filed its motion to dismiss the complaint on May 26, 2026, Dkt. 15;

WHEREAS, also on May 26, 2026, Movant-Intervenors filed a motion to intervene, noticed for hearing on August 13, 2026, Dkt. 16;

WHEREAS, the parties and Movant-Intervenors met and conferred about the briefing schedule for Movant-Intervenors' motion to intervene and stipulated to align the briefing schedule and hearing date for the motion to intervene with the schedule already in place for Defendants' motion to dismiss;

WHEREAS, the Court ordered alignment on June 3, 2026, setting the hearing on both motions for August 27, 2026, Dkt. 26;

WHEREAS, on June 16, 2026, the United States filed an amended complaint, Dkt. 27;

WHEREAS, pursuant to stipulation of the parties and order of the Court, Dkt. 31, CARB filed its Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint on July 7, 2026, maintaining the original hearing date of August 27, 2026, Dkt. 35;

WHEREAS, the parties met and conferred about the briefing schedule for Defendants' motion to dismiss, taking into consideration counsels' case load, vacation schedules, and other relevant considerations, and agreed to request a reasonable extension of the deadlines;

WHEREAS, the parties and Movant-Intervenors agree that aligning the hearing date for the motion to intervene with the hearing date on Defendants' motion to dismiss the first amended complaint promotes judicial efficiency and the convenience of the parties;

WHEREAS, pursuant to this Court's June 17, 2026 Minute Order and the Court's standing orders, Dkt. 2 ¶ 6, the parties are to confer and submit a joint status report to the Court as required by Federal Rule of Civil Procedure 26(f) by July 21, 2026;

WHEREAS, at the Rule 26(f) conference, the parties are directed, *inter alia*, to "consider the nature and basis of their claims and defenses" and "develop a proposed discovery plan," Fed. R. Civ. P. 26(f)(2);

WHEREAS, the parties agree that the conference required under Rule 26(f) would be premature and inefficient before the pleadings are settled, as the scope of discovery is not yet determined;

WHEREAS, this Court has granted one previous extension of the Rule 26(f) conference deadline, Dkt. 16, and the justification for that extension continues to apply;

THEREFORE, all parties to this action and Movant-Intervenors hereby stipulate as follows:

(1) The deadline for the United States to oppose Defendants' motion to dismiss the first amended complaint be extended to August 11, 2026;

(2) The deadline for Movant-Intervenors to reply in support of their motion to intervene be extended to August 18, 2026;

(3) The deadline for Defendants to reply in support of their motion to dismiss the first amended complaint be extended to September 1, 2026;

(4) The hearing on Defendants' motion to dismiss the first amended complaint, Dkt. 35, and Movant-Intervenors' motion to intervene, Dkt. 17, be continued from August 27, 2026, to September 17, 2026, at 1:30 p.m., in Courtroom 7 before District Judge Daniel J. Calabretta, or the next available date thereafter; and

(5) The deadline for the parties to confer and file a status report, Dkt. 29, is deferred until 30 days after Defendants answer the complaint.

IT IS SO STIPULATED.

Dated: July 15, 2026

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Caitlan McLoon*

CAITLAN MCLOON
Deputy Attorney General
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

Dated: July 15, 2026

*/s/ Steven D. Shermer*
(as authorized on 7/15/2026)
STEVEN D. SHERMER
*Attorney for Plaintiffs United States of America and United States Department of Transportation*

Dated: July 15, 2026

/s/ Brooklyn Hildebrandt
(as authorized on 7/14/2026)
BROOKLYN HILDEBRANDT
*Attorney for American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America*

## ORDER

Based on the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

(1) The United States' opposition to Defendants' motion to dismiss the first amended complaint is due August 11, 2026;

(2) Movant-Intervenors' reply in support of their motion to intervene is due August 18, 2026;

(3) Defendants' reply in support of their motion to dismiss the first amended complaint is due September 1, 2026;

(4) The hearing on Defendants' motion to dismiss the first amended complaint, Dkt. 35, is continued from August 27, 2026, to September 24, 2026, at 1:30 p.m., in Courtroom 7 before District Judge Daniel J. Calabretta;

(5) The hearing on Movant-Intervenors' motion to intervene, Dkt. 17, is continued from August 27, 2026, to September 24, 2026, at 1:30 p.m., in Courtroom 7 before District Judge Daniel J. Calabretta;

(6) The deadline to confer and file a status report, Dkt. 29, is deferred until 30 days after Defendants answer the complaint.

**IT IS SO ORDERED.**

Dated: July 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE