***United States of America et al. v. California Air Resources Board et al.***
***2:26-00847−DJC−SCR***

*Plaintiffs' Opposition to Defendants' Motion for Administrative Relief (Dkt. 44)*

# Exhibit A

**From:** Shermer, Steven (ENRD)
**To:** "Elaine Meckenstock"; Stander, Robert (ENRD); Adams, John (ENRD)
**Subject:** RE: US v. CARB - 2:26-cv-00847 (ED Cal)
**Date:** Wednesday, March 25, 2026 2:59:00 PM
**Attachments:** image001.png

---

Hi Elaine – nice to meet you. We've conferred about your request. We are willing agree to your proposed extension of time provided that we also agree upon a joint schedule to submit to the Court with additional dates beyond the Defendants' answer or other responsive filing. Depending on whether you intend to file a Rule 12 or other preliminary motion, we'd like to agree on a more complete set of dates for:

(1) Defendants' answer to the complaint or to file a responsive motion;

(2) Plaintiffs' dates to oppose any such motion and to move for summary judgment;

(3) Defendants' reply in support of any Rule 12 responsive motion and to oppose Plaintiffs' motion for summary judgment; and

(4) Plaintiff's reply in support of our motion for summary judgment.

Please let us know if the Defendants will agree to this approach, and if so, please propose a schedule.

Thanks,

Steve Shermer

**Steven D. Shermer**
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Phone: 202-532-5045

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Tuesday, March 24, 2026 6:43 PM
**To:** Shermer, Steven (ENRD) <Steven.Shermer@usdoj.gov>; Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Subject:** [EXTERNAL] US v. CARB - 2:26-cv-00847 (ED Cal)

Dear counsel,

We understand that the United States served the complaint in US v CARB (ED Cal. Case No. 2:26-cv-00847-DJC-SCR) today. Defendants would like to have more time to respond to the complaint, in light of conflicting deadlines in other matters. Under Local Rule 144(a), the parties may stipulate—without court order—to a 28-day extension to respond to a complaint. Would the United States agree to stipulate to that here, so Defendants' response to the complaint (whether an answer or Rule 12 motion) would be due May 12 instead of April 14?

Thank you,
Elaine

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Shermer, Steven (ENRD)
**To:** Caitlan McLoon
**Cc:** Ian Swenson (ENRD) (Ian.Swenson@usdoj.gov); Matthews, Katherine (ENRD); Elaine Meckenstock
**Subject:** RE: CARB/EPCA - proposed briefing schedule for motion to dismiss
**Date:** Wednesday, May 20, 2026 12:59:00 PM
**Attachments:** image001.png

Hi Caitlan – I'm sorry, but we can't agree to CARB's proposed additional time extension to file its motion to dismiss.

By Tuesday, CARB will have had more than 70 days to respond to our March 12 complaint, significantly longer than the 21 days provided in FRCP 12(a)(1). The U.S. has agreed to two separate extensions of time. To be sure, we were pursuing a possible stipulation of the ZEV claim. But it's not a good basis to extend our schedule, for a third time, based on when CARB communicated that it would not be engaging on our proposed stipulation.

CARB was aware of its briefing schedules in the two other cases you mentioned when we agreed to our second extension of time. On April 16, you proposed the May 26 deadline for CARB's response in this case. We agreed. That was one day before CARB filed a stipulation setting an agreed-upon summary judgment briefing schedule in the *Daimler* case, and six days after CARB had already filed a stipulation setting an agreed-upon schedule for the motion for judgment on the pleadings in the *AmFree* case.

Please let me know if CARB agrees to our proposed briefing schedule (proposed below) for its motion to dismiss, or if we need to meet and confer regarding a motion requesting approval of our schedule from the Court.

Steve

---

**From:** Caitlan McLoon <Caitlan.McLoon@doj.ca.gov>
**Sent:** Monday, May 18, 2026 9:07 PM
**To:** Shermer, Steven (ENRD) <Steven.Shermer@usdoj.gov>
**Cc:** Swenson, Ian (ENRD) <Ian.Swenson@usdoj.gov>; Matthews, Katherine (ENRD) <Katherine.Matthews@usdoj.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Subject:** [EXTERNAL] RE: CARB/EPCA - proposed briefing schedule for motion to dismiss

Hi Steven,

Thanks for providing a proposed schedule. The periods between briefs seem reasonable in your proposal, but unfortunately this schedule overlaps almost entirely with briefing schedules already in place in two other matters involving the same attorneys as on this matter: the *Daimler v. CARB* MSJ briefing and the *American Free Enterprise Chamber of Commerce v. EMA* judgment on the

pleadings briefing. We are proposing some tweaks to your proposal to better pace out the briefing between these three matters:

- Opening brief: push out from May 26 to June 4 (10 day extension which provides our team 28 days from when CARB determined it could not stipulate, which is a reasonable period for briefing an MTD)
- Opposition: July 9 (35 days)
- Reply: July 31 (22 days)

Let me know if you can agree to this schedule. If so, from my read of the rules we can proceed with a joint stipulation and proposed order, reflecting the mutual agreement of the parties.

Thanks,

**Caitlan McLoon**
Deputy Attorney General
Department of Justice
Office of the Attorney General
Natural Resources Law Section
300 S. Spring Street, Ste. 1702
Los Angeles, CA 90013
Phone: 213-269-6438

---

**From:** Shermer, Steven (ENRD) <Steven.Shermer@usdoj.gov>
**Sent:** Friday, May 15, 2026 11:43 AM
**To:** Caitlan McLoon <Caitlan.McLoon@doj.ca.gov>
**Cc:** Swenson, Ian (ENRD) <Ian.Swenson@usdoj.gov>; Matthews, Katherine (ENRD) <Katherine.Matthews@usdoj.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Subject:** CARB/EPCA - proposed briefing schedule for motion to dismiss

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Caitlan – following up on our Wednesday call. We now understand that CARB intends to file a motion to dismiss both counts of our complaint, instead of only the second count.

Here's our proposed briefing schedule for the expanded motion to dismiss:

Motion filed: May 26
Opposition/Response: June 26 (30 days)

Reply: July 16 (20 days)

Let us know if you agree to this schedule. If so, the procedure would be to file a joint (or unopposed) Rule 233 motion for administrative relief and proposed scheduling order, is that correct?

Steve

**Steven D. Shermer**
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Phone: 202-532-5045

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.