# United States District Court
# Eastern District of California

| | |
|---|---|
| United States of America, et al. | Case Number: 2:26-00847–DJC–SCR |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| California Air Resources Board, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrea K. Rodgers hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Proposed Youth Defendant-Intervenors Emma Weibel et al.

On April 25, 2007 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Washington (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 8/17/2026 Signature of Applicant: /s/ Andrea K. Rodgers

**Pro Hac Vice Attorney**

Applicant's Name: Andrea K. Rodgers

Law Firm Name: Our Children's Trust

Address: 1216 Lincoln Street

City: Eugene State: OR Zip: 97401

Phone Number w/Area Code: (541) 375-0158

City and State of Residence: Seattle, Washington

Primary E-mail Address: andrea@ourchildrenstrust.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Anne Marie Murphy

Law Firm Name: Cotchett, Pitre & McCarthy, LLP

Address: 840 Malcolm Road, Suite 200

City: Burlingame State: CA Zip: 94010

Phone Number w/Area Code: (650) 697-6000 Bar # 202540

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 18, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE