# United States District Court
# Eastern District of California

United States of America, et al.

Plaintiff(s)

V.

California Air Resources Board, et al.

Defendant(s)

Case Number: 2:26-cv-00847-DJC-SCR

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Misha Tseytlin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

The Chamber of Commerce of the United States of America

On 11/06/2009 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/19/2026

Signature of Applicant: /s/ Misha Tseytlin

**Pro Hac Vice Attorney**

Applicant's Name: Misha Tseytlin

Law Firm Name: Troutman Pepper Locke LLP

Address: 225 Randolph Street

Suite 2600

City: Chicago State: IL Zip: 60606

Phone Number w/Area Code: (608) 999-1240

City and State of Residence: Northfield, IL 60093

Primary E-mail Address: misha.tseytlin@troutman.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Elizabeth Holt Andrews

Law Firm Name: Troutman Pepper Locke LLP

Address: Three Embarcadero Center

Suite 800

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 477-5762 Bar # 263206

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 21, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE