**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** EASTERN DISTRICT OF CALIFORNIA

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 2:26-cv-00847-DJC-SCR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/12/2026

Date of judgment or order you are appealing: 09/18/2026

Docket entry number of judgment or order you are appealing: 69

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Emma Weibel, A.B. by and through his guardian D.B., Ariela Lara, C.M. by and through her guardian E.M., E.F. by and through his guardian H.S., I.W. by and through her guardian C.W., Kalālapa Winter, (full list on attached page).

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Andrea Rodgers **Date** Oct 6, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List* ***each*** *party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Emma Weibel, A.B. by and through his guardian D.B., Ariela Lara, C.M. by and through her guardian E.M., E.F. by and through his guardian H.S., I.W. by and through her guardian C.W., Kalālapa Winter, (full list on attached page)

Name(s) of counsel (if any):

Julia A. Olson, Andrea K. Rodgers, Nathan Bellinger, Philip L. Gregory
(full list of counsel for Appellants on attached page)

Address: 1216 Lincoln Street, Eugene, OR 97401

Telephone number(s): 415-786-4825

Email(s): julia@ourchildrenstrust.org

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America, United States Department of Transportation

Name(s) of counsel (if any):

Adam R.F. Gustafson, Robert N. Stander, Ian M. Swenson
(full list of counsel for Appellees on attached page)

Address: 950 Pennsylvania Ave., NW, Washington, DC 20520

Telephone number(s): 202-532-5139

Email(s): Ian.Swenson@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Joseph W. Cotchett, Nanci E. Nishimura, Anne Marie Murphy

Address: 840 Malcolm Road, Suite 200, Burlingame, CA 94010

Telephone number(s): 650-697-6000

Email(s): jcotchett@cpmlegal.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:
American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America

Name(s) of counsel (if any):
Justin A. Savage, Daniel J. Feith

Address: 1501 K Street, N.W., Washington, DC 20005

Telephone number(s): 202-736-8000

Email(s): jsavage@sidley.com, dfeith@sidley.com

---

Name(s) of party/parties:
American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America

Name(s) of counsel (if any):
Maureen Gorsen; Brooklyn Hildebrandt

Address: 350 S. Grand Avenue, Los Angeles, CA 90071

Telephone number(s): 213-896-6000

Email(s): mgorsen@sidley.com, bhildebrandt@sidley.com

**Appellants**

Emma Weibel
A.B. by and through his guardian D.B.
Ariela Lara
C.M. by and through her guardian E.M.
E.F. by and through his guardian H.S.
I.W. by and through her guardian C.W.
Kalālapa Winter
L.H. by and through her guardian R.H.
Luca Cuniberti
M.A. by and through her guardian M.T.
Maya Williams
Roan Byrne-Sarno
S.H. by and through her guardian S.H.
Z.W. by and through her guardian T.W.

**Counsel for Appellants**

JULIA A. OLSON
julia@ourchildrenstrust.org
ANDREA K. RODGERS
andrea@ourchildrenstrust.org
NATHAN BELLINGER
nate@ourchildrenstrust.org
PHILIP L. GREGORY, of counsel
phil@ourchildrenstrust.org
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
Tel: (415) 786-4825

JOSEPH W. COTCHETT
jcotchett@cpmlegal.com
NANCI E. NISHIMURA
nnishimura@cpmlegal.com
ANNE MARIE MURPHY
amurphy@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Counsel for Appellees**

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General
IAN M. SWENSON
Counsel
United States Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 532-5139
Ian.Swenson@usdoj.gov

ERIC GRANT
United States Attorney
Eastern District of California

*Counsel for Plaintiffs*

Justin A. Savage
Daniel J. Feith
jsavage@sidley.com
dfeith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Maureen Gorsen
Brooklyn Hildebrandt
mgorsen@sidley.com
bhildebrandt@sidley.com
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*Attorneys for American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America*

**Counsel for Defendants**

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
BENJAMIN LEMPERT
M. ELAINE MECKENSTOCK
SARAH M. PFANDER
CAITLAN MCLOON
Deputy Attorneys General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6438
E-mail: Caitlan.Mcloon@doj.ca.gov

*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*