ROB BONTA
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
SARAH M. PFANDER, State Bar No. 347902
MARGARET V. TIDES, State Bar No. 311177
CAITLAN MCLOON, State Bar No. 302798
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6438
Fax: (916) 731-2128
E-mail: Caitlan.Mcloon@doj.ca.gov
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,**<br><br>Defendants. | 2:26-cv-00847-DJC-SCR<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO PLAINTIFF-INTERVENORS AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, NATIONAL ASSOCIATION OF CONVENIENCE STORES, AND ENERGY MARKETERS OF AMERICA'S COMPLAINT IN INTERVENTION; [PROPOSED] ORDER**<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Trial Date: TBD<br>Action Filed: March 12, 2026 |

**JOINT STIPULATION**

Plaintiffs United States of America and United States Department of Transportation ("Plaintiffs"), Defendants California Air Resources Board ("CARB") and Steven S. Cliff, in his official capacity as the Executive Officer of CARB ("Defendants"), and Plaintiff-Intervenors American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America ("Plaintiff-Intervenors"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 12, 2026, Plaintiffs filed a complaint against Defendants in this matter, Dkt. 1;

WHEREAS, pursuant to a scheduling order, Defendants filed a motion to dismiss the complaint on May 26, 2026, Dkt. 15;

WHEREAS, also on May 26, 2026, Plaintiff-Intervenors filed their motion to intervene, Dkt. 17, attaching a proposed complaint in intervention, Dkt. 17-6;

WHEREAS, on June 16, 2026, Plaintiffs filed an amended complaint, Dkt. 27;

WHEREAS, pursuant to stipulation of the parties and order of the Court, Dkt. 31, Defendants filed a motion to dismiss Plaintiffs' first amended complaint on July 7, 2026, Dkt. 35;

WHEREAS, on September 18, 2026, the Court granted Plaintiff-Intervenors' motion to intervene, Dkt. 68;

WHEREAS, Plaintiff-Intervenors deem their complaint in intervention filed as of September 18, 2026;

WHEREAS, on September 24, 2026, the Court heard argument on Defendants' motion to dismiss Plaintiffs' first amended complaint, and took the motion under submission with an order to issue, Dkt. 71;

WHEREAS, Defendants' deadline to respond to Plaintiff-Intervenors' complaint in intervention is currently October 9, 2026;

WHEREAS, Plaintiffs and/or Plaintiff-Intervenors intend to file a forthcoming

scheduling motion seeking to lift the stay on summary judgment proceedings, Dkt. 60, and set a schedule for briefing cross-motions for summary judgment;

WHEREAS, Defendants intend to oppose a lifting of the stay pending resolution of Defendants' motion to dismiss;

WHEREAS, good cause exists to extend Defendants' deadline to respond to Plaintiff-Intervenors' complaint in intervention until fourteen (14) days after either the current stay on summary judgment proceedings is lifted or Defendants' pending motion to dismiss is resolved, whichever is earlier, to streamline resolution of the issues and allow for coordinated briefing;

WHEREAS, Plaintiff-Intervenors and Defendants agree that such an extension poses no prejudice to any party;

THEREFORE, Defendants and Plaintiff-Intervenors hereby stipulate as follows: The deadline for Defendants to respond to Plaintiff-Intervenors' complaint in intervention, Dkt. 17-6, be continued until fourteen (14) days after either the current stay on summary judgment proceedings, Dkt. 60, is lifted, or Defendants' pending motion to dismiss, Dkt. 35, is resolved, whichever is earlier.

IT IS SO STIPULATED.

Dated: October 7, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
Myung J. Park
Supervising Deputy Attorney General

/s/ Caitlan McLoon
CAITLAN MCLOON
Deputy Attorney General
*Attorney for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

Dated: October 7, 2026

/s/ Brooklyn Hildebrandt
Brooklyn Hildebrandt
*Attorney for American Fuel & Petrochemical Manufacturers, National Association of Convenience Stores, and Energy Marketers of America*

Dated: October 7, 2026

/s/ Ian M. Swenson
Ian M. Swenson
*Attorney for United States of America and United States Department of Transportation*

# [PROPOSED] ORDER

Based on the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

The deadline for Defendants to respond to Plaintiff-Intervenors' complaint in intervention, Dkt. 17-6, is continued until fourteen (14) days after either the current stay on summary judgment proceedings, Dkt. 60, is lifted, or Defendants' pending motion to dismiss, Dkt. 35, is resolved, whichever is earlier.

**IT IS SO ORDERED.**

Dated: ________________, 2026

________________________________

Hon. Daniel J. Calabretta
United States District Judge
Eastern District of California