ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General
IAN M. SWENSON
Senior Counsel
Designated Counsel for Service
United States Department of Justice
Energy and Natural Resources Division
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 532-5139
Ian.Swenson@usdoj.gov

ERIC GRANT
United States Attorney
Eastern District of California

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>Defendants. | Civil Action No. 2:26-00847−DJC−SCR<br><br>Judge Calabretta<br><br>Magistrate Judge Riordan<br><br>**Plaintiffs' Notice of Supplemental Authority in Support of Opposition to Defendants' Motion to Dismiss (Dkt. 40)**<br><br>Hearing date: None scheduled |

Pursuant to Local Rule 230(m)(2), Plaintiffs respectfully submit this Notice of Supplemental Authority to bring to the Court's attention a relevant judicial opinion issued after the United States filed its opposition to Defendants' motion to dismiss (Dkt. 40). *See United States v. New York et al.*, No. 25-cv-3656 (PKC), 2026 WL 2859471 (S.D.N.Y. Sept. 23, 2026). A true and correct copy of the opinion is attached as Exhibit A.

The United States District Court for the Southern District of New York recently granted summary judgment on the United States' claims that the federal Clean Air Act and the federal government's exclusive authority in foreign affairs preempt New York's "Climate Change Superfund Act." *See id*. * 5, *17. The court held the United States had standing to challenge New York's Climate Act as preempted by the Clean Air Act "because the United States, alone, will suffer an impairment of its sovereign power to create and enforce the regulatory scheme under the Clean Air Act and the implementing authority granted to the EPA" over interstate and global greenhouse gas emissions. *Id*. *3-*5 (internal quotations omitted). And the court held the United States had standing to challenge New York's Climate Act as preempted by the United States' foreign affairs because "New York's imposition of monetary liability on foreign fossil fuel companies is contrary to, and therefore would undermine, [the United States'] longstanding foreign policy position against liability and compensation schemes for emissions." *Id.* *6. Thus, the court concluded that "the United States has standing to raise its Clean Air Act preemption claim and foreign affairs preemption claim, as an aspect of its sovereign interest in vindicating its authority." *Id*.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General

*s/ Ian M. Swenson*
Designated Counsel for Service: IAN M. SWENSON
Senior Counsel
California Bar No. 344260
Energy and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 532-5139
Ian.Swenson@usdoj.gov

ERIC GRANT
United States Attorney
Eastern District of California

*Attorneys for the Plaintiffs*

OF COUNSEL:

GREGORY ZERZAN
General Counsel
GREGORY COTE
Principal Deputy General Counsel
CHARLES E. ENLOE
Assistant General Counsel
ERIN D. HENDRIXSON
Senior Trial Attorney

PETER SIMSHAUSER
Chief Counsel
DYLAN J. VONEIFF
Trial Attorney
National Highway Traffic Safety Administration