**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>Plaintiffs,<br><br>AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, NATIONAL ASSOCIATION OF CONVENIENCE STORES, AND ENERGY MARKETERS OF AMERICA,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>Defendants. | Civil Action No. 2:26-00847−DJC−SCR<br><br>Judge Calabretta<br><br>Magistrate Judge Riordan<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND PLAINTIFF-INTERVENORS' MOTION FOR ADMINISTRATIVE RELIEF TO SET BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**<br><br>Trial date: TBD |

Plaintiffs' and Plaintiff-Intervenors' Motion for Administrative Relief to Set Briefing Schedule for Summary Judgment is hereby **GRANTED**. The deadlines for the parties' filings are as follows:

- Deadline for Plaintiff-Intervenors to move for summary judgment: December 4, 2026.
- Deadline for Defendants to cross-move for summary judgment and oppose the United States' and Plaintiff-Intervenors' motions for summary judgment: February 8, 2027.
- Deadline for Plaintiff-Intervenors to file a reply and opposition: March 10, 2027.
- Deadline for the United States to file a reply and opposition: March 10, 2027.
- Deadline for Defendants to file replies: March 24, 2027.
- Oral argument on the parties' summary judgment motions will be set for the first available hearing date that the Court deems convenient after briefing is complete.

**IT IS SO ORDERED**

Dated: ______________________ ______________________

Hon. Daniel J. Calabretta