ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, STATE BAR NO. 344239
CAITLAN MCLOON, State Bar No. 302798
M. ELAINE MECKENSTOCK, State Bar No. 268861
MARGARET V. TIDES, State Bar No. 311177
SARAH M. PFANDER, State Bar No. 347902
Deputy Attorneys General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6621
E-mail: sarah.pfander@doj.ca.gov
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,**<br><br>Defendants. | 2:26-cv-00847-DJC-SCR<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING THE CALIFORNIA AIR RESOURCES BOARD'S UPDATED ANNUAL ZEV CREDITS DISCLOSURE DASHBOARD FOR MODEL YEAR 2025**<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Trial Date: TBD<br>Action Filed: March 12, 2026 |

Pursuant to Civil Local Rule 230(m)(2), Defendants respectfully submit this Notice of Supplemental Authority.

On October 22, 2026, Defendant California Air Resources Board (CARB) updated its Annual ZEV Credits Disclosure Dashboard with data for model year 2025. Consistent with California Code of Regulations, title 13, § 1962.2(l), the Dashboard makes public certain regulatory compliance data submitted by manufacturers concerning their obligations under the Advanced Clean Cars I (ACCI) ZEV standards, which Plaintiffs challenge in Count II of their Complaint. The Dashboard is available at https://ww2.arb.ca.gov/applications/annual-zev-credits-disclosure-dashboard (last visited October 29, 2026).

As the Dashboard itself indicates, it "illustrates the status of each manufacturer's compliance with the [ACCI] Zero-emission Vehicle (ZEV) Regulation." CARB has determined that "[a]s of model year 2025, all manufacturers, individually and collectively, remain in compliance with the ZEV regulation." A true and correct copy of the "Trends" tab on the Dashboard, rendered into a PDF on October 29, 2026, is attached hereto as **Exhibit A**, and shows the "overall compliance rate for model year" 2025 at 100%. A true and correct copy of the "Balances" data from the "Data" tab is attached hereto as **Exhibit B**, and shows that no manufacturer had a negative credit balance (which would indicate possible non-compliance) at the end of model year 2025.

Cognizant of Local Rule 230(m)(2)'s prohibition against additional argument in a notice of supplemental authority, Defendants simply note that the fact that CARB has publicly stated that each and every regulated manufacturer has fully complied with the ACCI ZEV standards through model year 2025 is directly relevant to the arguments raised in Defendants' Motion to Dismiss, Dkt. 35, at pages 10, 12-15, and Reply in Support of the Motion to Dismiss, Dkt. 64, at pages 1-7.

Dated: October 30, 2026

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ Sarah M. Pfander
SARAH M. PFANDER
Deputy Attorney General
*Attorneys for Defendants California Air Resources Board and Steven S. Cliff, in his capacity as the Executive Officer of the California Air Resources Board*