# Exhibit B

## Balances

| Manufactur.. | Category | ZEV | BEVx | PHEV | NEV+ | Discount |
|---|---|---|---|---|---|---|
| BMW | Beginning Balan.. | 106,957 | 16,598 | 5,299 | 0 | 0 |
| | Credits | 74,930 | 0 | 3,579 | 0 | 0 |
| | Total Credits Av.. | 181,887 | 16,598 | 8,878 | 0 | 0 |
| | Requirement | 10,281 | 0 | 3,855 | 0 | 0 |
| | Credits Used | 5,141 | 5,141 | 3,855 | 0 | 0 |
| | Ending Balance | 176,747 | 11,457 | 5,023 | 0 | 0 |
| Ford | Beginning Balan.. | 184,041 | 0 | 53,919 | 0 | 1,270 |
| | Credits | 48,373 | 0 | 1,198 | 0 | 0 |
| | Total Credits Av.. | 232,414 | 0 | 55,116 | 0 | 1,270 |
| | Requirement | 19,194 | 0 | 7,198 | 0 | 0 |
| | Credits Used | 19,194 | 0 | 5,927 | 0 | 1,270 |
| | Ending Balance | 213,221 | 0 | 49,189 | 0 | 0 |
| GM | Beginning Balan.. | 331,558 | 0 | 90,439 | 0 | 0 |
| | Credits | 82,520 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 414,078 | 0 | 90,439 | 0 | 0 |
| | Requirement | 25,106 | 0 | 9,415 | 0 | 0 |
| | Credits Used | 25,106 | 0 | 9,415 | 0 | 0 |
| | Ending Balance | 388,972 | 0 | 81,024 | 0 | 0 |
| Honda | Beginning Balan.. | 34,198 | 0 | 0 | 808 | 0 |
| | Credits | 46,556 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 80,754 | 0 | 0 | 808 | 0 |
| | Requirement | 25,941 | 0 | 9,728 | 0 | 0 |
| | Credits Used | 35,668 | 0 | 0 | 0 | 0 |
| | Ending Balance | 45,086 | 0 | 0 | 808 | 0 |
| Hyundai | Beginning Balan.. | 178,959 | 0 | 133 | 0 | 0 |
| | Credits | 81,420 | 0 | 740 | 0 | 0 |
| | Total Credits Av.. | 260,378 | 0 | 873 | 0 | 0 |
| | Requirement | 12,058 | 0 | 4,522 | 0 | 0 |
| | Credits Used | 15,707 | 0 | 873 | 0 | 0 |
| | Ending Balance | 244,671 | 0 | 0 | 0 | 0 |
| Jaguar Land Rover | Beginning Balan.. | 9,424 | 0 | 0 | 0 | 0 |
| | Credits | 0 | 0 | 2,358 | 0 | 0 |
| | Total Credits Av.. | 9,424 | 0 | 2,358 | 0 | 0 |
| | Requirement | 0 | 0 | 3,053 | 0 | 0 |
| | Credits Used | 695 | 0 | 2,358 | 0 | 0 |
| | Ending Balance | 8,728 | 0 | 0 | 0 | 0 |
| KIA | Beginning Balan.. | 106,096 | 0 | 1,497 | 0 | 1,211 |
| | Credits | 26,904 | 0 | 5,032 | 0 | 0 |
| | Total Credits Av.. | 133,000 | 0 | 6,529 | 0 | 1,211 |
| | Requirement | 12,828 | 0 | 4,811 | 0 | 0 |
| | Credits Used | 12,828 | 0 | 3,608 | 0 | 1,203 |
| | Ending Balance | 120,171 | 0 | 2,921 | 0 | 8 |
| Mazda | Beginning Balan.. | 31,116 | 0 | 0 | 0 | 0 |
| | Credits | 0 | 0 | 2,989 | 0 | 0 |
| | Total Credits Av.. | 31,116 | 0 | 2,989 | 0 | 0 |

## Balances

| Manufactur.. | Category | ZEV | BEVx | PHEV | NEV+ | Discount |
|---|---|---|---|---|---|---|
| Mazda | Requirement | 0 | 0 | 8,318 | 0 | 0 |
| | Credits Used | 5,329 | 0 | 2,989 | 0 | 0 |
| | Ending Balance | 25,787 | 0 | 0 | 0 | 0 |
| Mitsubishi | Beginning Balan.. | 4,689 | 0 | 1,581 | 0 | 0 |
| | Credits | -1,047 | 0 | 779 | 0 | 0 |
| | Total Credits Av.. | 3,642 | 0 | 2,360 | 0 | 0 |
| | Requirement | 0 | 0 | 1,005 | 0 | 0 |
| | Credits Used | 0 | 0 | 1,005 | 0 | 0 |
| | Ending Balance | 4,689 | 0 | 308 | 0 | 0 |
| Nissan | Beginning Balan.. | 55,350 | 0 | 0 | 0 | 0 |
| | Credits | 19,679 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 75,029 | 0 | 0 | 0 | 0 |
| | Requirement | 13,100 | 0 | 4,913 | 0 | 0 |
| | Credits Used | 18,013 | 0 | 0 | 0 | 0 |
| | Ending Balance | 57,016 | 0 | 0 | 0 | 0 |
| Subaru | Beginning Balan.. | 24,683 | 0 | 0 | 0 | 0 |
| | Credits | 7,700 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 32,383 | 0 | 0 | 0 | 0 |
| | Requirement | 0 | 0 | 13,619 | 0 | 0 |
| | Credits Used | 13,619 | 0 | 0 | 0 | 0 |
| | Ending Balance | 18,764 | 0 | 0 | 0 | 0 |
| Tesla | Beginning Balan.. | 2,921,070 | 0 | 0 | 0 | 0 |
| | Credits | 81,408 | 0 | 0 | 0 | 0 |
| | Total Credits Av.. | 3,002,478 | 0 | 0 | 0 | 0 |
| | Requirement | 0 | 0 | 38,921 | 0 | 0 |
| | Credits Used | 38,921 | 0 | 0 | 0 | 0 |
| | Ending Balance | 2,963,557 | 0 | 0 | 0 | 0 |
| Toyota | Beginning Balan.. | 134,007 | 0 | 49,087 | 0 | 23,051 |
| | Credits | 20,239 | 0 | 14,600 | 0 | 0 |
| | Total Credits Av.. | 154,246 | 0 | 63,686 | 0 | 23,051 |
| | Requirement | 53,199 | 0 | 19,950 | 0 | 0 |
| | Credits Used | 53,199 | 0 | 14,962 | 0 | 4,987 |
| | Ending Balance | 101,047 | 0 | 48,724 | 0 | 18,064 |
| Volkswagen | Beginning Balan.. | 246,143 | 0 | 2,514 | 0 | 0 |
| | Credits | 88,524 | 0 | 949 | 0 | 0 |
| | Total Credits Av.. | 334,667 | 0 | 3,463 | 0 | 0 |
| | Requirement | 14,822 | 0 | 5,558 | 0 | 0 |
| | Credits Used | 20,381 | 0 | 0 | 0 | 0 |
| | Ending Balance | 314,286 | 0 | 3,463 | 0 | 0 |
| Volvo | Beginning Balan.. | 64,341 | 0 | 10,693 | 0 | 0 |
| | Credits | 17,172 | 0 | 5,485 | 0 | 0 |
| | Total Credits Av.. | 81,513 | 0 | 16,178 | 0 | 0 |
| | Requirement | 0 | 0 | 3,458 | 0 | 0 |
| | Credits Used | 0 | 0 | 3,458 | 0 | 0 |
| | Ending Balance | 81,513 | 0 | 12,720 | 0 | 0 |