ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General
IAN M. SWENSON
Senior Counsel
Designated Counsel for Service
United States Department of Justice
Energy and Natural Resources Division
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 532-5139
Ian.Swenson@usdoj.gov

ERIC GRANT
United States Attorney
Eastern District of California

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,<br><br>Defendants. | Civil Action No. 2:26-00847−DJC−SCR<br><br>Judge Calabretta<br><br>Magistrate Judge Riordan<br><br>**Plaintiffs' Objection to Defendants' Third Notice of Supplemental Authority in Support of Their Motion to Dismiss (Dkt. 85)**<br><br>Hearing date: None scheduled |

Plaintiffs object to Defendants' improper third notice of supplemental authority to support their pending motion to dismiss (Dkt. 35), which violates Local Rule 230(m)(2). *See* Dkt. 85. The Court should disregard it. A notice of supplemental authority may only be filed for the purpose of bringing to the Court's attention relevant "judicial opinion[s]" issued after briefing has ended. Local Rule 230(m)(2). The vehicle manufacturing compliance data the Defendants are attempting to offer clearly is not a judicial opinion.

This Court has also explained that the "compliance dashboards" and their underlying data should not be considered as part of a facial challenge like Defendants' motion to dismiss because they constitute facts outside the Complaint that are not subject to judicial notice. *See, e.g.*, Ex. A, excerpts of Sept. 24, 2026 Hrg. Tr. at 5-6 and 19:3-4 (CARB's supplemental compliance data more appropriate for summary judgment); *id*. at 5 (Court disinclined to take judicial notice of the information on CARB's website).

The Court should therefore disregard the Defendants' new notice of supplemental authority.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General

s/ Ian M. Swenson

Designated Counsel for Service: IAN M. SWENSON
Senior Counsel
California Bar No. 344260
Energy and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 532-5139
Ian.Swenson@usdoj.gov

ERIC GRANT
United States Attorney
Eastern District of California

*Attorneys for the Plaintiffs*

OF COUNSEL:

GREGORY ZERZAN
General Counsel
GREGORY COTE
Principal Deputy General Counsel
CHARLES E. ENLOE
Assistant General Counsel
ERIN D. HENDRIXSON
Senior Trial Attorney

PETER SIMSHAUSER
Chief Counsel
DYLAN J. VONEIFF
Trial Attorney
National Highway Traffic Safety Administration